| | |
|---|---|
| ADRIANNA MYNHIER ) <br> Individually and on behalf of minor child ) <br> L.M. and JEREMY MYNHIER, ) <br> Individually and on behalf of minor child, ) <br> L.M. ) <br>                 Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ) <br> WAKE COUNTY BOARD OF ) <br> EDUCATION ) <br>                 Defendant. ) | **JUDGMENT** <br><br> No. 5:23-CV-593-M-RJ |

**Decision by Court.**

This action came before the Honorable Richard M. Myers, II, Chief United States District Judge, for consideration of defendant's motion for judgment on the administrative record and plaintiff's motion for attorney fees.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 27, 2025, and for the reasons set forth more specifically therein, it is ordered that defendant's motion for judgment on the administrative record is DENIED and plaintiff's motion for attorney fees is GRANTED in part and DENIED in part. The court AWARDS Plaintiffs with attorney fees and costs in the amount of $164,615.34.

**This Judgment Filed and Entered on March 27, 2025, and Copies To:**
Carla Marie Fassbender / Keith Lamar Pryor Howard (via CM/ECF Notice of Electronic Filing)
Stephen Rawson / Kimberly R. Davis (via CM/ECF Notice of Electronic Filing)


March 27, 2025                      PETER A. MOORE, JR., CLERK

                                            /s/ Sandra K.Collins
                                            (By) Sandra K. Collins, Deputy Clerk